The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA, | Case Number:  1:17-cr-00247 TLN |
| Plaintiff, | 2:13-cr-00407 TLN |
| V. | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| JUHUN MERRELL BROWN, | |
| Defendant. | |

    Defendant Juhun Brown and  AUSA Nicolas Fogg hereby stipulate as follows:

1. This matter is currently set for an Admit/Deny hearing on August 25, 2022 at 9:30 am;

2. Defense Counsel needs more time to investigate this mater in order to prepare for the Admit/Deny Hearing;

3. By this stipulation the parties move to continue the hearing to October 20, 2022 at 9:30 am.

///

1

US Probation Officer Paul Mamaril has been consulted and has no objection to this continuance.

      IT IS SO STIPULATED

Dated: August 17, 2022             PHILLIP A. TALBERT
                                   ACTING UNITES STATES ATTORNEY

                                   /s/  Nicholas Fogg
                                   Nicholas Fogg
                                   Assistant US Attorney

Dated: August 17, 2022             /s/ OLAF W. HEDBERG
                                   Olaf W. Hedberg

**ORDER**

IT IS SO ORDERED this 17th day of August, 2022.

_____
Troy L. Nunley
United States District Judge